# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DELTA MECHANICAL, INC.; PLAZA TOWERS CONDOMINIUM ASSOCIATION, INC.<br><br>   Defendants.<br><br>AND RELATED COUNTER-ACTIONS. | CASE NO. 2:23-cv-01760-WLH (MAAx)<br><br>*Assigned to: Hon. Wesley L. Hsu*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41(A)(1) [57]**<br><br>Complaint Filed: March 8, 2023<br>Counterclaim Filed: March 27, 2023<br><br>Pre-Trial Conference Date: May 24, 2024<br>Trial Date: June 11, 2024 |

On April 30, 2024, the Parties filed a joint Stipulation for Dismissal Of Entire Action Pursuant to Rule 41(a)(1). The Court, having considered the Parties' Stipulation for Dismissal Of Entire Action Pursuant to Rule 41(a)(1) and finding good cause hereby GRANTS the Stipulation and ORDERS as follows:

The above-captioned action is hereby dismissed with prejudice in its entirety as to all claims, counter-claims, causes of action, and parties, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: 5/8/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE